■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468. DAVID P. KELLEY, II, admitted on August 24, 1987, at a Term of the Appellate Division, First Department. [748 NYS2d 239]

No opinion. Concur—Williams, P.J., Nardelli, Mazzarelli, Saxe and Ellerin, JJ. [See 247 AD2d 158.]